# IN THE COURT OF CRIMINAL APPEALS OF TENNESSEE
## AT KNOXVILLE

## JOHN W. WILCOX v. STATE OF TENNESSEE

**Circuit Court for McMinn County**
**No. 00-498**

---

**No. E2002-01600-CCA-R3-PC**
**August 26, 2003**

---

### ORDER

It appears that the petitioner, John W. Wilcox, died on June 8, 2003, as evidenced by copy of a death certificate supplied to this Court by the State of Tennessee. This Court, unaware of the petitioner's death, filed an opinion in this cause on June 10, 2003. It is the policy of this Court that appeals are abated at the time of death.

Accordingly, it is ordered that the opinion and judgment filed in this cause on June 10, 2003, shall be vacated.

**PER CURIAM**

**(Judges Williams, Witt, and Wedemeyer)**